**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-7011**

_____

BRIAN BADY,

        Plaintiff - Appellant,

    v.

MS. KEARNY; MS. SUGGS; MS. GERANNUL; MS. MATTOCK,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-ct-03013-FL)

_____

Submitted:  May 28, 2026                                          Decided:  June 2, 2026

_____

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Bady, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Bady, a North Carolina inmate, appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bady v. Kearny*, No. 5:25-ct-03013-FL (E.D.N.C. Nov. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*